1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, | CASE NO.: EDCV 19-563-GW-ASx |
| Plaintiff, | ORDER<br>RE DISMISSAL: |
| v. | 1. AS TO DEFENDANTS, INTERSTATE CONCRETE CUTTING, INC. AND JULIO SOTO JR. FROM THE COMPLAINT; AND |
| KINETIC SAWING & CORING, INC., a California corporation; INTERSTATE CONCRETE CUTTING, INC., a California corporation; JULIO SOTO JR., an individual; JOSE LUIS HERNANDEZ, an individual; HUDSON INSURANCE COMPANY, a Delaware corporation; DOE 1 through DOE 5, inclusive, | [FRCP 41(a)(1)(A)(ii)] |
| Defendants. | 2. DISMISSAL AS TO THE CROSS-CLAIM BY INTERSTATE CONCRETE CUTTING, INC. AND JULIO SOTO JR. |
| INTERSTATE CONCRETE CUTTING, INC., a California corporation; JULIO SOTO JR., an individual, | [FRCP 41(a)(1)(A)(i) and 41(c)] |
| Cross-Claimants, | [Hon. George H. Wu] |
| v. | |
| KINETIC SAWING & CORING, INC., a California corporation; JOSE LUIS HERNANDEZ, etc., et al., | |
| Cross-Defendants | |

1

PURSUANT TO THE STIPULATION by and between, Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, and Defendants and Cross-Claimants, INTERSTATE CONCRETE CUTTING, INC., a California corporation ("INTERSTATE") and JULIO SOTO JR., an individual ("SOTO"), and through their respective attorneys and good cause appearing therefor,

IT IS HEREBY ORDERED that INTERSTATE and SOTO are dismissed from the complaint in this action with prejudice with each party to bear its own costs and attorney's fees pursuant to the terms of a settlement reached between the Parties.

IT IS FURTHER ORDERED that the Cross-Claim filed by INTERSTATE and SOTO against KINETIC and HERNANDEZ is dismissed in its entirety without prejudice.

DATED: December 3, 2019

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

372480.1